MOOT v. MOOT. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Richmond D. Moot against Margaret A. Moot.

PER CURIAM. Order affirmed, without costs.

KELLOGG, J., dissents. WOODWARD, J., not sitting. See, also, 86 Misc. Rep. 495, 149 N. Y. Supp. 302; 149 N. Y. Supp. 901; 150 N. Y. Supp. 1098.

MOOT v. MOOT. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by Richmond D. Moot against Margaret A. Moot. No opinion. Motion granted. See, also, 150 N. Y. Supp. 1098.

In re MORGAN. (Supreme Court, Appellate Division, First Department. December 24, 1914.) In the matter of George H. Morgan, deceased. No opinion. Decree affirmed, with costs. Order filed.

MORRIS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by George Morris against the City of New York. T. J. O'Neill, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MOSAKOWSKI, Respondent, v. UTICA KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by Leo Mosakowski, an infant, etc., against the Utica Knitting Company. No Opinion. Judgment and order affirmed, with costs.

MULLER, Respondent, v. MULLER et al. Appellants. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by Wilhelmina Muller against Adolph E. Muller and another, as executors, etc., of August W. Muller, deceased.

PER CURIAM. The evidence shows that, while plaintiff knew that the money was deposited to the joint account' of herself and her husband, she did not know the precise form of the several deposits, and did not understand, in signing the checks and other papers, or otherwise, that the estate claimed the deposits, or that she was releasing the same to the estate; nor was such her intention. In such regard the minds of the parties did not meet. Different inferences have been drawn by her sons from such participation as she had in the family counsels concerning the conduct of the business. But it does not satisfactorily appear that by assent to the propositions of others, or by her conduct, she consented to release her interest in the accounts, or understood that she was doing so. Judgment affirmed, with costs.

In re MULLIGAN. (Supreme Court, Appellate Division, First Department. November 27, 1914.) In the matter of Agnes K. Mulligan as executrix of John Hartman, deceased. No opinion. Decree affirmed, with costs. Order filed. See, also, 82 Misc. Rep. 336, 143 N. Y. Supp. 686; 149 N. Y. Supp. 1098.

MUNNICH et al., Respondents, v. JAFFE et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Charles L. Munnich and another against Max Jaffe and others. No opinion. Motion granted, order of reversal resettled, and order signed. See, also, 164 App. Div. 30, 149 N. Y. Supp. 338.

MURRAY, Respondent, v. SAGER, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by George M. Murray against William Sager. No opinion. Judgment and order unanimously affirmed, with costs.

MURRAY v. SIMPSON. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Charles C. Murray against Robert H. Simpson. No opinion. Motion to withdraw appeal denied, without costs. Order filed. See, also, 150 N. Y. Supp. 1098.

MURRAY v. SIMPSON. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Charles C. Murray, as receiver, etc., against Robert H. Simpson, individually and as executor, etc. No opinion. Motion to dismiss appeal granted, without costs. Order filed. See, also, 150 N. Y. Supp. 1098.

MUTUAL LIFE INS. CO. v. STEPHENS et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Mutual Life Insurance Company against Melvin Stephens and others. No opinion. Motion granted; question certified as stated in order. Order filed. See, also, 149 N. Y. Supp. 1098.

NATALE, Respondent, v. UPPER HUDSON STONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Philip Natale against the Upper Hudson Stone Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict of the jury, to the effect that the stone which fell upon the plaintiff fell from the topmost face of the quarry, was against the clear weight of evidence.

NATIONAL SURETY CO., Respondent, v. LECKY & RUFFIN, Inc., Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by the National Surety Company against Lecky & Ruffin, Incorporated. Rockwood & Haldane, of New York City, for appellant. C. Norwood, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.